# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIN C. FELIX,<br>   Petitioner,<br> v.<br>KIM HULLAND,<br>   Respondent. | Case No. CV 18-08338-FMO (RAO)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

DATED: April 16, 2019

               /s/
              FERNANDO M. OLGUIN
              UNITED STATES DISTRICT JUDGE